R. S. TORR, *Plaintiff in Error,* vs. THE STATE OF FLORIDA, *Defendant in Error.*

144 So. 839.

Division B.

Opinion filed December 6, 1932.

*Hendricks & Hendricks,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—Even if the information herein charges an offense under the statute when the essential language of the statute or its equivalent is not used in the information, the judgment of conviction of larceny of an automobile is predicated upon evidence that does not show a taking with felonious intent; and a new trial should have been granted. See Percifield v. State, 93 Fla. 247, 111 So. 379; Dean v. State, 41 Fla. 291, 26 So. 628; Cooper vs. State, 82 Fla. 365, 90 So. 375.

Reversed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

BROWN, J., concurs in the opinion and judgment.

Filed under Rule 21-A.